LEGA SICILIANA SOCIAL CLUB, INC. *v.* ROBERT ST. GERMAINE, SR.

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 328 (AC 25579), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Alvin Rosenbaum,* in opposition.

Decided October 25, 2005

JOSEPH CHAYOON *v.* WILLIAM SHERLOCK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 821 (AC 25450), is denied.

*Joseph Chayoon,* pro se, in support of the petition.

*Elizabeth Conway,* in opposition.

Decided November 3, 2005

LARRY L. DAIGNEAULT *v.* CONSOLIDATED CONTROLS CORPORATION/EATON CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 712 (AC 25750), is denied.

*Larry L. Daigneault*, pro se, in support of the petition.

*Glenn A. Duhl*, in opposition.

Decided November 3, 2005

## STATE OF CONNECTICUT *v.* RICHARD HAMLIN

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 445 (AC 24108), is denied.

*Adele V. Patterson*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, senior assistant state's attorney, in opposition.

Decided November 3, 2005

## STATE OF CONNECTICUT *v.* MARCOS C. DOUROS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 548 (AC 24964), is denied.

*Adam A. Laben*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided November 3, 2005

## STATE OF CONNECTICUT *v.* ERIC HENRY

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 714 (AC 25252), is denied.